# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17 CR 3516-JLS |
| Plaintiff, | |
| vs. | **ORDER CONTINUING SUPERVISED RELEASE HEARING** |
| JOSE ANTONIO GRANADOS, | |
| Defendant | |

The Court finds that:

1. The defendants is in custody;
2. Defense Counsel for Mr. Granados is requesting a brief continuance in order to adequately prepare for the revocation hearing;
3. Assistant United States Attorney Mark R. Rehe also joins in defense counsel's request;
4. All prior conditions of pretrial release, will remain in full force and effect;
5. Time will be excluded under the speedy trial clock.

IT IS THEREFOR ORDERED that Defendant JOSE ANTONIO GRANADOS supervised release revocation hearing date be continued from March 18, 2022 at 10:45 a.m. to March 25, 2022, at 2:30 p.m.

IT IS SO ORDERED.

Dated: March 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge